UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA


TERRY BAGNERIS (#152277)

VERSUS                                              CIVIL ACTION

JASON COLLINS, ET AL                                NUMBER 14-724-SDD-SCR


## RULING ON MOTION TO COMPEL SERVICE ADDRESS
## AND FOR EXTENSION OF TIME

Before the court is the plaintiff's Motion to Compel of Service Address of Defendant's and Motion for Extension of Time. Record document number 30.

Pursuant to the Ruling on Motion to Show Cause Why Plaintiff's Claims Against Defendant Dr. Collins Should Not Be Dismissed,[1] the plaintiff served the defendants with a Request for Production of Documents on June 3, 2015.[2] Pursuant to Rule 34(b)(2)(A), Fed.R.Civ.P., the defendants have 30 days to respond to the request. Because the time for the defendant to respond to the plaintiff's Request for Production of Documents has not expired, the plaintiff's motion to compel is premature.

Plaintiff also sought an extension of time to serve defendant Dr. Jason Collins after the U.S. Marshal is provided with a service address. The time to serve defendant Dr. Collins, as provided by Rule 4(m), Fed.R.Civ.P., has expired. After being put on notice

---

[1] Record document number 28.

[2] Record document number 29.

that his claims against Dr. Collins are subject dismissal for failure to serve the defendant, the plaintiff took prompt and appropriate action to obtain a service address. Therefore, the court will exercise its discretion under Rule 4(m) and extend the time to serve defendant Dr. Collins until August 3, 2015, which is approximately 30 days after the defendants must file their response to the plaintiff's Request for Production of Documents. This deadline may be extended if the U.S. Marshal fails to serve defendant Dr. Collins by the deadline through no fault of the plaintiff.

Accordingly, the plaintiff's Motion to Compel of Service Address of Defendant's and Motion for Extension of Time is denied in part and granted in part. The motion is denied as premature insofar as the plaintiff moved to compel the defendants to respond to his Request for Production of Documents before the time allowed by Rule 34(b)(2)(A). The motion is granted insofar as the plaintiff sought additional time to serve defendant Dr. Jason Collins. The time to serve the defendant is extended to August 3, 2015.

Baton Rouge, Louisiana, June 4, 2015.

*/s/ Stephen C. Riedlinger*
STEPHEN C. RIEDLINGER
UNITED STATES MAGISTRATE JUDGE