# UNITED STATES DISTRICT COURT

# MIDDLE DISTRICT OF LOUISIANA

TERRY BAGNERIS (#152277)

VERSUS

JASON COLLINS, ET AL.

CIVIL ACTION

NO. 14-724-SDD-SCR

## RULING

The Court, after carefully considering the *Complaint*[1], the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Stephen C. Riedlinger dated May 14, 2015, to which no objection has been filed, hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**ACCORDINGLY**, the Defendants' *Motion to Dismiss*[3] is granted, dismissing the Plaintiff's claims against Asst. Warden Stephanie Lamartiniere and Dr. Randy Lavespere unless, within fourteen (14) days from the date of this *Ruling,* Plaintiff files an amended complaint that alleges specific facts against each of these Defendants which states a claim upon which relief may be granted and this matter is referred back to the United States Magistrate Judge for further proceedings.

Baton Rouge, Louisiana the 5 day of June, 2015.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 22.
[3] Rec. Doc. 20.