## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

TERRY BAGNERIS (#152277)

VERSUS

JASON COLLINS, ET AL.

CIVIL ACTION

NO. 14-724-SDD-EWD

### RULING

The Court has carefully considered the *Complaint*,[1] the record, the law applicable to this action, and the *Report and Recommendation*[2] of United States Magistrate Judge Erin Wilder-Doomes dated March 7, 2016. Plaintiff has filed an *Objection*[3] which the Court has considered.

The Court hereby approves the *Report and Recommendation* of the Magistrate Judge and adopts it as the Court's opinion herein.

**Accordingly**, the Defendants' *Motion to Dismiss*[4] will be granted dismissing the Plaintiff's claims asserted against the Defendants with prejudice for failure to state a claim upon which relief may be granted.

Baton Rouge, Louisiana the 22 day of March, 2016.

SHELLY D. DICK, DISTRICT JUDGE
MIDDLE DISTRICT OF LOUISIANA

---

[1] Rec. Doc. 1.
[2] Rec. Doc. 50.
[3] Rec. Doc. 51.
[4] Rec. Doc. 42.